| PROB 22 (Rev. 2/88) | | DOCKET NO. (Trans Court) CR 02-22-01-PA; CR 02-397-01-PA |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NO. (Rec. Court) 1: 06 CR 00231 OWW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Tyrone Tremain Youngblood  FILED  JUN 27 2006  CLERK, U.S. DISTRICT COURT  EASTERN DISTRICT OF CALIFORNIA  BY_____ DEPUTY CLERK | DISTRICT Oregon | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE  Owen M. Panner | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/14/05 | TO 3/13/10 |

OFFENSE

CR 02-22-01-PA: Possession With Intent to Distribute Cocaine
CR 02-397-01-PA: Possession With Intent to Sell or Use Counterfeit Obligations of the United States

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREON

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/14/06
Effective Date

/s/ Owen M. Panner
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-27-06
Effective Date

/s/
United States District Judge

Transfer of Jurisdiction (Prob 22-OR) (4/00)